STEVEN G. KALAR
Federal Public Defender
HEATHER M. ANGOVE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
heather_angove@fd.org

Counsel for Defendant,
ROBERT VASSER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 01-20131 RMW |
| | ) | No. CR 02-20007 RMW |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE STATUS** |
| vs. | ) | **CONFERENCE;  ORDER** |
| | ) | |
| ROBERT VASSER, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION**

Defendant Robert Vasser, by and through Assistant Federal Public Defender Heather M. Angove, and the United States, by and through Assistant United States Attorney Gary G. Fry, hereby stipulate that, with the Court's approval, the status hearing currently set for January 28, 2014 at 1:30 p.m., shall be continued to February 10, 2014 at 9:00 a.m.

The request for the continuance is based upon the need for additional time for the parties to negotiate a disposition in this matter.

STIPULATION TO CONTINUE STATUS
CONFERENCE;  ORDER
CR 01-20131 RMW; CR 02-20007 RMW                    1

1  IT IS SO STIPULATED.

2  Dated: January 23, 2014

3  \_\_/s/_____
   HEATHER M. ANGOVE
4  Assistant Federal Public Defender

   Dated: January 23, 2014
5

6  \_\_/s/_____
   GARY G. FRY
   Assistant United States Attorney
7

8

9  **[] ORDER** _____

10  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11 ORDERED that the status hearing in both of these cases shall be continued from January 28,

12 2014 at 1:30 p.m., to February 10, 2014 at 9:00 a.m.

13  IT IS SO ORDERED.

14 Dated: January G̈\_\_, 2014

15  _____
   THE HONORABLE RONALD M. WHYTE
   United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE;  ORDER
CR 01-20131 RMW; CR 02-20007 RMW          2