ROBERT VASSER, PRO SE
In Care of
STEVEN G. KALAR
Federal Public Defender
GRAHAM E. ARCHER - STANDBY COUNSEL
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone: (408) 291-7753
graham_archer@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 01-20131 RMW |
|---|---|---|
| | ) | No. CR 02-20007 RMW |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **EVIDENTIARY HEARING;** |
| | ) | **ORDER** |
| | ) | |
| ROBERT VASSER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **Honorable Ronald M. Whyte** |

Pro Se Defendant Robert Vasser, by and through Standby Counsel, Assistant Federal Public Defender Graham E. Archer, and the United States, by and through Assistant United States Attorney Gary Fry, hereby stipulate and request that, with the Court's approval, the evidentiary hearing currently set for September 24, 2014 at 10:30 a.m. shall be continued to October 8, 2014 at 10:00 a.m.

The reason for the requested continuance is that Probation Officer Gupton, who has supervised Mr. Vasser during the time period of the alleged violations in the Form 12, is not available on the September 24, 2014 hearing date.

///

///

1 | The parties believe that Probation Officer Gupton's presence is necessary and will be helpful at
2 | the evidentiary hearing.
3 | Dated: September 8, 2014

   /s/
   ROBERT VASSER
   Pro Se Defendant

6 | Dated: September 8, 2014

   /s/
   GRAHAM E. ARCHER
   Assistant Federal Public Defender
   STANDBY COUNSEL

9 | Dated: September 8, 2014

   /s/
   GARY FRY
   Assistant United States Attorney

[] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the evidentiary hearing in these matters shall be continued from September 24, 2014 to October 8, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September FG, 2014

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Judge

Stipulation to Cont. Evidentiary Hearing;
 Order
CR 01-20131 RMW; CR 02-20007 RMW            2